## (March 29, 1962)

■ BORGER TRADING ASSOCIATES, INC., et al., Respondents, v. JACOB SHAPIRO, Appellant, et al., Defendants.— Order entered on June 17, 1960 unanimously affirmed, with $20 costs and disbursements to abide the event. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ B. TURECAMO CONTRACTING COMPANY, INC., Appellant, v. LASKER-GOLDMAN CORPORATION, Respondent.— Order entered on December 19, 1960 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ MERVIN BARROW, Respondent, v. SYLINOR HOLDING CORP., Appellant.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between SAMUEL WALLACH, Respondent, and GEORGE COHEN, Appellant.— Order entered on October 9, 1961 unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HEADLEY-REED COMPANY, INC., Appellant, v. BOLLING COMPANY, INC., Respondent.— Order entered on January 15, 1962 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ DAVID GOLDSTEIN, an Infant, by MAX GOLDSTEIN, His Guardian ad Litem, et al., Appellants, v. JOSE GONZALEZ, Respondent.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ BORIS GARFINKEL, Respondent, v. LIZA P. GARFINKEL, Appellant.— Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISRAEL ESPINOSA, Appellant.— Order entered on April 5, 1960 unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ ELECTROPHONO & PARTS CORP. et al., Respondents, v. INTERNATIONAL AIRCRAFT SERVICES, INC., Appellant.— Order and judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ CARNEGIE HALL CORPORATION, Respondent, v. POLA SCHREIBER et al., Appellants.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of the Arbitration between MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION and MARTIN J. DOWNEY.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ SAMUEL NEWMAN v. NEW YORK CITY TRANSIT AUTHORITY et al.— Motion for leave to appeal as a poor person denied with leave to renew upon proper papers. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY WRIGHT v. MILTON KLEIN.— Motion for leave to appeal as a poor person denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.